UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD KEITH BARBER,

    Plaintiff,

Case No. 13-14098

Paul D. Borman
v.     United States District Judge

Patricia T. Morris
COMMISSIONER OF     United States Magistrate Judge

SOCIAL SECURITY,

    Defendant.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE PATRICIA T. MORRIS'S SEPTEMBER 3, 2014 REPORT AND RECOMMENDATION (ECF NO. 11), (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 10), (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 9), (4) AFFIRMING THE FINDINGS OF THE COMMISSIONER AND (5) DISMISSING PLAINTIFF'S COMPLAINT

On September 3, 2014, Magistrate Judge Patricia T. Morris issued a Report and Recommendation to deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment and affirm the findings of the Commissioner. (ECF No. 11, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF No. 9), GRANTS Defendant's Motion for Summary Judgment (ECF No. 10), AFFIRMS the findings of the

1

Commissioner and DISMISSES Plaintiff's Complaint with prejudice.

IT IS SO ORDERED.

                                                  s/Paul D. Borman  
                                                  PAUL D. BORMAN  
                                                  UNITED STATES DISTRICT JUDGE

Dated:  October 16, 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 16, 2014.

                                                  s/Deborah Tofil  
                                                  Case Manager